**Opinion issued July 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00247-CV

————————————

## IN RE KING FUELS, INC., Relator

———————————————————————————————

## Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————

## MEMORANDUM OPINION

Relater, King Fuels, Inc., has filed a petition for writ of mandamus, seeking an order compelling the trial court to transfer venue.[1]

We deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

## PER CURIAM

---

[1]     The underlying case is *King Fuels, Inc. v. Syed R. Ents., Inc., Syed Azeemuddin, and Ayesha Tabassum*, cause number 1062261, pending in County Civil Court at Law No. 2 of Harris County, Texas, the Hon. Theresa W. Chang presiding.

Panel consists of Justices Higley, Bland, and Massengale.